**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-7589**

———————

UNITED STATES OF AMERICA,

                      Defendant - Appellee,

     versus

PHILLIP G. BROWN,

                      Plaintiff - Appellant.

———————

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  Irene M. Keeley, District Judge.  (CA-98-39-3)

———————

Submitted:  March 25, 1999        Decided:  March 30, 1999

———————

Before WILKINS and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Phillip G. Brown, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Phillip Brown appeals from the district court's order denying relief on his motion filed pursuant to 28 U.S.C. § 2241 (1994). Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. See United States v. Brown, No. CA-98-39-3 (N.D.W. Va. Oct. 13, 1998). See also Pelissero v. Thompson, ___ F.3d ___, No. 97-6156 (4th Cir. Mar. 12, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED